# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2017

154644

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

A. B. PETRO MART, INC., and AREF BAZZI,
      Plaintiffs-Appellees,

v

ALI T. BEYDOUN INSURANCE AGENCY,
INC. and ALI BEYDOUN,
      Defendants,

and

PRIME ONE INSURANCE,
      Defendant-Appellant.

SC: 154644
COA: 327481
Wayne CC: 14-012291-CK

_____/

On order of the Court, the application for leave to appeal the September 15, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2017



Clerk

p0717